445 A.2d 205

Mazurek et al., Appellants v. Eva E. Maute et al.
Petition for Allowance of Appeal Denied Sept. 14, 1982.

Argued September 30, 1981. Thomas J. Dempsey, for appellants; John J. Kirk, for appellees.

Before CAVANAUGH, MONTEMURO and VAN der VOORT, JJ.

Affirmed.

445 A.2d 205

Medley, Appellant v. Cumus Insurance Company.
Petition for Allowance of Appeal Denied July 9, 1982.

Argued January 26, 1982. Kenneth M. Rodgers, for appellant; Mary M. Rogers, for appellee.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Order affirmed.